| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wake, Neil V | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>8/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 10/22/2003<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 52<br><br>Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | Law Offices of Neil Vincent Wake |
| 2. | Trustee | Trust # 1 |
| 3. | Trustee | Trust # 2 |
| 4. | Trustee | Trust # 3 |
| 5. | | |
| 6. | Chair | Appellate Practice Section, State Bar Association of Arizona |
| 7. | Trustee | Law Offices of Neil Vincent Wake 401K Profit Sharing Plan |
| 8. | Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 AUG 16 A 10: 52 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Law Offices of Neil Vincent Wake (law practice) | 259,618 |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed attorney and mediator |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | James and Arlene Baker (former clients, gift at investiture) | fountain pen | $520 |
| 2. | James and Arlene Baker (former clients, gift at investiture) | dinner gift certificate | $100 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo accounts | B | Interest | M | T | | | | | |
| 2. Law Offices of Neil V. Wake (ceased business) | | None | | | | | | | |
| 3. ▬prof. corp (formerly mistakenly listed & by her name) | | None | | | | | | | |
| 4. Apache Peak Inv., LLC | C | Distribution | M | U | | | | | |
| 5. Cowley-BGWM LLC | D | Distribution | K | U | | | | | |
| 6. Interstate Ventures V Ltd. Ptshp | C | Distribution | L | W | | | | | |
| 7. Winthrop Residential Associates II (LP) (liquidated 12-04) | A | Distribution | | | Dissolved | | | | |
| 8. 401(K) Plan | | | | | | | | | |
| 9. –Manulife Lifestyle Growth Fund | D | Dividend | M | T | | | | | |
| 10. Trust # 1 (trustee) | | | | | | | | | |
| 11. –Merrill Lynch accts | A | Interest | K | T | | | | | |
| 12. –Reimanschneider note (paid 5-04) | D | Interest | | | Paid 5-20 | | | | |
| 13. –Bank of N Y Co. Inc. common stock (BK) (sold 12-28-03) | | None | | | | | | | |
| 14. –Pfizer Inc Del PV (PFE) | | None | J | T | Sold part | 2-4 | J | A | |
| 15. –Pfizer Inc Del PV (PFE) | | None | | | Sold | 3-31 | K | A | |
| 16. –Lucent Technologies Inc (LU) (X) | | | L | T | | | | | |
| 17. –Interstate Vent. V PL (omitted before by error) | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Trust # 2 (trustee) | | | | | | | | | |
| 19. | —Merrill Lynch Money Market | A | Interest | K | T | | | | | |
| 20. | —Reimanschneider note (paid 5-04) | D | Interest | | | Paid | 5-20 | | | |
| 21. | —Bank of NY Co. Inc. common stock (BK) | A | Dividend | J | T | | | | | |
| 22. | —Pfizer Inc. Del PV (PFE) | A | Dividend | J | T | | | | | |
| 23. | —Lucent Technologies Inc (LU) (X) | | | J | T | | | | | |
| 24. | —Interstate Vent. V PL (omitted before by error) | B | Distribution | K | T | | | | | |
| 25. | Trust # 3 (trustee) | | | | | | | | | |
| 26. | —Gary &Eliz Loveness note | | None | L | T | | | | | |
| 27. | —Manulife Ins. whole life ins | | None | L | T | | | | | |
| 28. | Brokerage Acct # 1 | | | | | | | | | |
| 29. | —Liquid Asset Fund (MM) | A | Interest | J | T | | | | | |
| 30. | —Manulife Financial Corp. common stock | A | Dividend | | | Sold | 5-18 | K | C | |
| 31. | —MS Growth Fund B | | None | | | Sold | 5-21 | J | A | |
| 32. | —MS Global Dividend Grwth Sec B | | None | | | Sold | 5-21 | J | A | |
| 33. | —MS New Discoveries Fund C (X-sold in 2003) | | None | | | | | | | |
| 34. | —MS Capital Opportunities TR B | | None | | | Sold | 5-21 | J | A | |
| 35. | —MS Japan Fund B | | None | | | Sold | 5-21 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. —Developing Grw Sec. B (left out in prior report) | | None | | | Sold | 5-21 | J | A | |
| 37. Brokerage Acct # 2 (acct closed 10-31-04) | | | | | | | | | |
| 38. --Amgen Inc common stock | | None | | | Sold | 3-24 | J | A | |
| 39. —Analog Devices Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 40. --Applied Materials Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 41. --Avon Products Inc common stock (X-sold in 2003) | | None | | | | | | | |
| 42. —Bank of America Corp common stock (X-sold in 2003) | | None | | | | | | | |
| 43. --Becton Dickinson $ Co common stock (X-sold in 2003) | | None | | | | | | | |
| 44. --Bed Bath & Beyond Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 45. --Bell South Corp common stock (X-sold in 2003) | | None | | | | | | | |
| 46. --Best Buy Co common stock | | None | | | Sold | 5-14 | J | A | |
| 47. --Charles Schwab New common stock | | None | | | Sold | 2-5 | J | A | |
| 48. --Clear Channel Communication common stock (X-sold in 2003) | | None | | | | | | | |
| 49. --Costco Wholesale Corp New common stock | | None | | | Sold | 5-14 | J | A | |
| 50. --Dell Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 51. --EMC Corp Mass common stock | | None | | | Sold | 5-14 | J | A | |
| 52. —Gannett Co Inc DE common stock (X-sold in 2003) | | None | | | | | | | |
| 53. --Gilead Science common stock | | None | | | Sold | 5-14 | J | A | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. —Ill Tool Works Inc common stock (X-sold in 2003) | | None | | | | | | | |
| 55. —Intuit Inc common stock (X-sold in 2003) | | None | | | | | | | |
| 56. —Marsh & McLennan Cos Inc common stock (X-sold in 2003) | | None | | | | | | | |
| 57. —Maxim Integrated Products Inc common (X-sold in 2003) | | None | | | | | | | |
| 58. —Medtronic Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 59. —Microsoft Corp common stock | | None | | | Sold | 2-5 | J | A | |
| 60. —Northern Trust Corp common stock | | None | | | Sold | 3-26 | J | A | |
| 61. —Novellus System common stock | | None | | | Sold | 5-14 | J | A | |
| 62. —Omnicom Group common stock | | None | | | Sold | 5-14 | J | A | |
| 63. —Oracle Corp common stock | | None | | | Sold | 2-5 | J | A | |
| 64. —Robert Half Int common stock | | None | | | Sold | 5-14 | J | A | |
| 65. —Sabre Holdings CP common stock (X-sold in 2003) | | None | | | | | | | |
| 66. —Southwest Airlines common stock | | None | | | Sold | 5-14 | J | A | |
| 67. —Starbucks Corp Washington common stock | | None | | | Sold | 5-14 | J | A | |
| 68. —Starwood Htls & Rsts WW Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 69. —Sungard Data Systems Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 70. —United Parcel Service Inc CL-B comm (X-sold in 2003) | | None | | | | | | | |
| 71. —Unitedhealth Gp Inc common stock | | None | | | Sold | 1-30 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller |
| 72. –Univision Omn Inc Class A common stock | | None | | | Sold | 5-14 | J | A | |
| 73. –Veritas Software DE | | None | | | Sold | 5-14 | J | A | |
| 74. –Walgreen Co common stock | | None | | | Sold | 2-26 | J | A | |
| 75. –Wells Fargo & Co New common stock | | None | | | Sold | 5-14 | J | A | |
| 76. –Xilinx Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 77. –Activision Inc | | None | J | T | Buy | 2-5 | J | | |
| 78. –Activision Inc | | None | | | Sell | 5-14 | J | A | |
| 79. –Altera CP (X) | | None | | | Sold | 5-14 | J | A | |
| 80. –Ambac Financial Gp | | None | J | T | Buy | 2-6 | J | | |
| 81. –Ambac Financial Gp | | None | | | Sold | 4-8 | J | A | |
| 82. | | None | J | T | Buy | 4-20 | J | | |
| –Apollo Gp Inc | | None | | | Sold | 5-19 | J | A | |
| 84. –Bear Stearns Cos Inc | | None | J | T | Buy | 4-20 | J | | |
| 85. –Bear Stearns Cos Inc | | None | | | Sold | 5-14 | J | A | |
| 86. –Capitol One Financial Corp (X) | | None | | | Sold | 4-22 | J | A | |
| –Ebay Inc | | None | J | T | Buy | 1-12 | J | A | |
| 88. –Ebay Inc | | None | | | Sold | 5-14 | J | A | |
| 89. –Edwards AG Inc | | None | J | T | Buy | 3-26 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. —Edwards AG Inc | | None | J | T | Sold | 5-14 | J | A | |
| 91. —Eon Labs Inc | | None | J | T | Buy | 2-5 | J | | |
| 92. —Eon Labs Inc | | None | | | Sold | 5-14 | J | A | |
| 93. —EsteeLauder Co Inc (X) | | None | | | Sold | 5-14 | J | A | |
| 94. —Fannie Mae | | None | J | T | Buy | 3-5 | J | | |
| 95. —Fannie Mae | | None | | | Sold | 5-14 | J | A | |
| 96. —Fastenal Co (X) | | None | | | Sold | 5-14 | J | A | |
| 97. —Genzyme CP (Gen Div) | | None | J | T | Buy | 1-30 | J | A | |
| 98. —Genzyme CP (Gen Div) | | None | | | Sold | 3-9 | J | A | |
| 99. —Juniper Neworks | | None | J | T | Buy | 2-26 | J | A | |
| 100. —Juniper Neworks | | None | | | Sold | 5-14 | J | A | |
| 101. —MGIC Inv Corp (X) | | None | | | Sold | 3-5 | J | A | |
| 102. —Mylan Lab Inc. | | None | J | T | Buy | 4-22 | J | A | |
| 103. —Mylan Lab Inc | | None | | | Sold | 5-14 | J | A | |
| 104. —Neurocrine Biosciences Inc | | None | J | T | Buy | 3-9 | J | | |
| 105. —Neurocrine Biosciences Inc | | None | | | Sold | 5-14 | J | A | |
| 106. —Siebel Systems Inc (X) | | None | | | Sold | 5-14 | J | A | |
| 107. —Sybase Inc Del | | None | J | T | Buy | 4-2 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 17

Name of Person Reporting

Wake, Neil V

Date of Report

8/12/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. –Sybase Inc Del | | None | | | Sold | 4-2 | J | A | |
| 109. –Symantec Corp | | None | J | T | Buy | 2-5 | J | | |
| 110. –Symantec Corp | | None | | | Sold | 5-14 | J | A | |
| 111. –Tech Data Corp | | None | J | T | Buy | 4-2 | J | | |
| 112. –Tech Data Corp | | None | | | Sold | 5-14 | J | A | |
| 113. –Utstarcom Inc (X) | | None | | | Sold | 1-12 | J | A | |
| 114. –Westwood One Inc (X) | | None | | | Sold | 4-20 | J | A | |
| 115. –Yahoo Inc | | None | J | T | Buy | 4-8 | J | | |
| 116. –Yahoo Inc | | None | | | Sold | 5-14 | J | A | |
| 117. –Zimmer Holdings Inc | | None | J | T | Buy | 4-22 | J | A | |
| 118. –Zimmer Holdings Inc | | None | | | Sold | 5-14 | J | A | |
| 119. IRA # 1 | | | | | | | | | |
| 120. –Dev Growth Sec Fund A (Formerly New Discoveries Fd A) | A | Dividend | | | Sold | 5-21 | J | A | |
| 121. –MS Charter Campbell LP | | None | J | T | Buy | 5-25 | J | | |
| 122. –MS Charter MSFCM LP | | None | J | T | Buy | 5-25 | J | | |
| 123. –MS Charter Grahan LP | | None | J | T | Buy | 5-25 | J | | |
| 124. IRA # 2 | | | | | Closed | 6-30 | | | |
| 125. –Liquid Asset Fund (MM) | A | Dividend | | | Sell | 6-30 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 126. --American Express (X) | A | Dividend | | | Sell | 5-14 | J | A | |
| 127. --Analog Devices Inc common stock | A | Dividend | | | Sell | 5-14 | J | A | |
| 128. --Applied Materials Inc common stock | A | Dividend | | | Sell | 5-14 | J | A | |
| 129. --Bank of America Corp common stock (X-sold 2003) | | None | | | | | | | |
| 130. --Bed Bath & Beyond Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 131. --Best Buy Co common stock | A | Dividend | | | Sold | 4-29 | J | A | |
| 132. --Boston Scientific Corp common stock | | None | | | Sold | 2-3 | J | A | |
| 133. --Caterpillar Inc (X) | A | Dividend | | | Sold part | 1-7 | J | A | |
| 134. --Caterpillar Inc (X) | A | Dividend | | | Sold | 5-14 | J | A | |
| 135. --Cisco Systems Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 136. --Dell inc common stock | | None | | | Sold | 5-14 | J | A | |
| 137. --Fedex Corp (X-sold in 2003) | | None | | | | | | | |
| 138. --Fleetboston Financial Co common stock (X-sold in 2003) | | None | | | | | | | |
| 139. --Gilead Science | | None | | | Sold | 5-14 | J | A | |
| 140. --Hewlett Packard | | None | | | Sold | 5-14 | J | A | |
| 141. --Honeywell International Inc common stock | | None | | | Sold | 1-13 | J | A | |
| 142. --Interactive Corp common stock | | None | | | Sold | 5-14 | J | A | |
| 143. --KLA Tenor Corp common stock | A | Dividend | J | T | Sold | 4-21 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date; Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 144. –Lowes Companies Inc common stock (X-sold in 2005) | | None | | | | | | | |
| 145. –Merrill Lynch & Co. Inc common stock | A | Dividend | | | Sold | 5-14 | J | A | |
| 146. –Microsoft Corp common stock | | None | | | Sold | 3-9 | J | A | |
| 147. –Morgan Stanley common stock | | None | | | Sold | 4-22 | J | A | |
| 148. –Nokia CP ADR common stock | | None | | | Sold | 5-6 | J | A | |
| 149. –Pfizer Inc common stock | | None | | | Sold | 5-14 | J | A | |
| 150. –Qualcomm Inc common stock | | None | | | Sold | 1-13 | J | A | |
| 151. –Teva Pharmaceuticals ADR common stock | | None | | | Sold | 5-14 | J | A | |
| 152. –Texas Instruments common stock | | None | | | Sold | 5-14 | J | A | |
| 153. –Tyco International Ltd New common stock | A | Dividend | | | Sold | 5-14 | J | A | |
| 154. –Viacom Inc B common stock | | None | | | Sold | 5-14 | J | A | |
| 155. –Wellpoint Hlth Net Inc New common stock | | None | | | Sold | 5-14 | J | A | |
| 156. –3M Company common stock | | None | | | Sold | 5-14 | J | A | |
| 157. –Amgen Inc | | None | | | Sold | 5-14 | J | A | |
| 158. –Baker Hughes Inc (X) | A | Dividend | | | Sold | 5-14 | J | A | |
| 159. –General Electric | | None | J | T | Buy | 1-7 | J | | |
| 160. –General Electric | | None | | | Sold | 5-14 | J | A | |
| 161. –HCA Inc | | None | J | T | Buy | 3-10 | | | |

1. Income/Gain Codes:      A. = $1,000 or less      B. = $1,001-$2,500      C. = $2,501-$5,000      D. = $5,001-$15,000      E. = $15,001-$50,000
   (See Columns B1 and D4)   F. = $50,001-$100,000   G. = $100,001-$1,000,000   H1. = $1,000,001-$5,000,000   H2. = More than $5,000,000
2. Value Codes:      J. = $15,000 or less      K. = $15,001-$50,000      L. = $50,001-$100,000      M. = $100,001-$250,000
   (See Columns C1 and D3)   N. = $250,000-$500,000   O. = $500,001-$1,000,000   P1. = $1,000,001-$5,000,000   P2. = $5,000,001-$25,000,000
                            P3. = $25,000,001-$50,000,000                        P4. = $More than $50,000,000
3. Value Method Codes:   Q. = Appraisal   R. = Cost (Real Estate Only)   S. = Assessment   T. = Cash/Market
   (See Column C2)        U. = Book Value   V. = Other   W. = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 162. –HCA Inc | | None | | | Sold | 5-14 | J | A | |
| 163. –Oracle (X) | | None | | | Sold | 5-14 | J | A | |
| 164. –Pepsico (X) | | None | | | Sold | 5-14 | J | A | |
| 165. –Target Corp (X) | | None | | | Sold | 5-14 | J | A | |
| 166. –Wachovia Corp 2nd New Com | | None | J | T | Buy | 3-23 | J | | |
| 167. –Wachovia Corp 2nd New Com | | None | | | Sold | 5-14 | J | A | |
| 168. –United Technologies | | None | J | T | Buy | 1-13 | J | | |
| 169. –United Technologies | | None | | | Sell | 5-14 | J | A | |
| 170. IRA # 3 | | | | | | | | | |
| 171. –Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 172. –MS Global Dividend Grwth Sec B (Mut Fd) | A | Dividend | J | T | | | | | |
| 173. –MS Pacific Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 174. –Templeton Global SM Co Gr Fd A (Mut Fd) | B | Dividend | K | T | | | | | |
| 175. UTMA Acct # 2 | | | | | | | | | |
| 176. –Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 177. –Putnam Voyager A (Mut Fd) | A | Dividend | J | T | | | | | |
| 178. UTMA Acct # 3 | | | | | | | | | |
| 179. –Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weke, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 180. --MS Information Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 181. --MS European Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 182. --Putnam Voyager A (Mut Fd) | A | Dividend | J | T | | | | | |
| 183. Brokerage Acct # 3 | | | | | | | | | |
| 184. --SEI Tax-Free Fund (MM) | D | Dividend | M | T | | | | | |
| 185. --SEI Tax-Mgd Large Cap Fund (MM) | B | Dividend | M | T | | | | | |
| 186. --Intel Corp common stock | A | Dividend | L | T | | | | | |
| 187. --Cisco Systems Inc common stock | A | Dividend | K | T | | | | | |
| 188. --Medtronic Inc common stock | A | Distribution | K | T | | | | | |
| 189. --Altera Corp common stock | | None | J | T | | | | | |
| 190. --Automatic Data Processing inc common stock | A | Dividend | J | T | | | | | |
| 191. --XB INC Inc common stock | | None | I | T | | | | | |
| 192. --Rf Micro Devices Inc | | None | I | T | | | | | |
| 193. --Small Cap Value Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 194. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 195. --General Electric Co common stock | A | Dividend | J | T | | | | | |
| 196. --Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 197. --Sun Microsystems Inc common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 198. --Microsoft Corp common stock | | None | J | T | | | | | |
| 199. --SEI Intermediate-Term Municipal Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 200. --SEI International Fixed Income Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 201. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 202. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | J | T | | | | | |
| 203. --SEI International Equity Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 204. --SEI Emerging Markets Equity Fund (omitted by error before) | A | Dividend | J | T | | | | | |
| 205. Brokerage Acct # 4 | | | | | | | | | |
| 206. --SEI Tax-Mgd Large Cap Fund (Mt Fd) | A | Dividend | K | T | | | | | |
| 207. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 208. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 209. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | | J | | | | | |
| 210. --SEI International Fixed Income Fund (Mut Fd) | A | Distribution | I | T | | | | | |
| 211. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 212. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 213. --SEI International Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 214. --SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 215. Brokerage Acct # 5 | | | | | | | | | |

1. Income/Gain Codes         A =$1,000 or less         B =$1,001-$2,500         C =$2,501-$5,000         D =$5,001-$15,000         E =$15,001-$50,000
   (See Columns B1 and D4)   F =$50,001-$100,000      G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001-$50,000       L =$50,001-$100,000      M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000     O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
                             P3 =$25,000,001-$50,000,000                       P4 =$More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment       T =Cash/Market
   (See Column C2)           U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 216. –SEI Large Cap Growth Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 217. –SEI Large Cap Value Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 218. –SEI Small Cap Value Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 219. –SEI Small Cap Growth Fund (Mut Fd) | | Dividend | K | T | | | | | |
| 220. –Medtronic Inc common stock | A | Dividend | K | T | | | | | |
| 221. –Microsoft Corp common stock | | None | J | T | | | | | |
| 222. –Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 223. –SEI International Equity Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 224. –SEI Emerging Markets Equity Fund (Mut Fd) | B | Dividend | L | T | | | | | |
| 225. –SEI Core Fixed Incom Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 226. –SEI International Fixed-Income Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 227. –SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 228. –SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 229. –SEI Prime Obligation Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 230. Trust # 4 (beneficiaries) | | | | | | | | | |
| 231. –SEI Tax-Mgd Large Cap Fund (Mut Fd) | B | Dividend | K | T | Sold part | 2-17 | J | A | |
| 232. –SEI Tax-Mgd Large Cap Fund (Mut Fd) | A | Dividend | K | T | Sold part | 7-6 | J | A | |
| 233. –SEI Tax-Mgd Large Cap Fund (Mut Fd) | A | Dividend | K | T | Sold part | 8-5 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 234. —General Electric Co common stock | A | Dividend | K | T | | | | | |
| 235. —Medtronic Inc common stock | A | Dividend | J | T | | | | | |
| 236. —SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 237. —SEI Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 238. —SEI Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | Sold part | 10-5 | J | A | |
| 239. —Microsoft Corp common stock | | None | J | T | | | | | |
| 240. —SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | J | T | Sold part | 2-17 | J | A | |
| 241. —SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 242. —SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 243. —SEI International Fixed Income Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 244. —SEI High Yield Bond Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 245. —SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 246. —SEI International Equity Fund (Mut Fd) | A | Dividend | K | T | Sold part | 8-5 | J | A | |
| 247. —SEI International Equity Fund (Mut Fd) | A | Dividend | K | T | Sold part | 2-17 | J | A | |
| 248. —SEI International Equity Fund (Mut Fd) | A | Dividend | K | T | Sold part | 8-5 | J | | |
| 249. —SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |
| 250. —Nortel Networks Corp New common stock | | None | J | T | | | | | |
| 251. —SEI Tax-Free Fund (Mut Fd) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. Maricopa County land | | None | | | Sold | 1-27 | L | E | |
| 253. Pinal County land | | None | L | W | | | | | |
| 254. Mohave County land | | None | K | T | | | | | |
| 255. Roth IRA # 4 | | | | | | | | | |
| 256. –Liquid Asset Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 257. Manulife Financial Life Ins | A | Dividend | K | T | | | | | |
| 258. Section 529 Account | | | | | | | | | |
| 259. –SM & R Alger Aggressive GF CL-B (Mut Fd) | | None | K | T | | | | | |
| 260. IRA # 5– | | | | | | | | | |
| 261. –Engemann Cap Growth (Mut Fd) | | None | K | T | | | | | |
| 262. – Seneca Strg Theme (Mut Fd) | | None | J | T | | | | | |
| 263. –AIM Growth (formerly MFS Inv Growth Stock) | | None | J | T | | | | | |
| 264. –AlgerAmer LgAllCap (Mut Fd) | | None | K | T | | | | | |
| 265. –Bernstein Mid-Cap (Mut Fd) | | None | K | T | | | | | |
| 266. –Seneca MidCap Growth (Mut Fd) | | None | K | T | | | | | |
| 267. –Tech Portfolio (Mut Fd) | | None | J | T | | | | | |
| 268. –WangerUS Smaller Cos (Mut Fd) | | None | J | T | | | | | |
| 269. –Aberdeen Int'l (Mut Fd) | | None | K | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 270. –Wanger Intl SmallCap (Mut Fd) | | None | J | T | | | | | |
| 271. –Phoenix Wealth Mngmt | B | Interest | K | T | | | | | |
| 272. Phoenix Universal Variable Life Ins (held by trust) | | | | | | | | | |
| 273. –Oakhurst Allocation (Mut Fd) | A | Dividend | J | T | | | | | |
| 274. –WangerUS Smaller Cos (Mut Fd) | A | Dividend | J | T | | | | | |
| 275. –Wanger Intl SmallCap (Mut Fd) | A | Dividend | K | T | | | | | |
| 276. –AllBernEnhancedIndex (Mut Fd) | A | Dividend | K | T | | | | | |
| 277. –Oakhurst Growth&Inc (Mut Fd) | A | Dividend | K | T | | | | | |
| 278. –AIM Groth (formerly MFS InveGrowthStock) (Mut Fd) | A | Dividend | J | T | | | | | |
| 279. –Tech Portfolio | A | Dividend | J | T | | | | | |
| 280. IRA # 6 (opened 5-20-04) | | | | | Opened 3-20 | | | | |
| 281. –Liquid Asset Fund | A | Dividend | J | T | Buy | 5-21 | J | | |
| 282. –Credit Suisse SM Cap Gth (Com) | | None | J | T | Buy | 5-21 | J | | |
| 283. –Salomon Intestors Value A | A | Dividend | J | T | Buy | 5-21 | J | | |
| 284. –Amer Cent Growth Adv | | None | J | T | Buy | 5-21 | J | | |
| 285. –Blackrock Lo Duration Bd Svc | A | Dividend | J | T | Buy | 5-21 | J | | |
| 286. –Fidelity Adv Intermed Bd T | A | Dividend | J | T | Buy | 5-21 | J | | |
| 287. –Davis Real Estate A | A | Dividend | J | T | Buy | 5-21 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. --Fidelity Adv Mid Cap A | A | Dividend | J | T | Buy | 5-21 | J | | |
| 289. Brokerage Acct # 6 (opened 5-20-04) | | | | | Opened 5-20 | | | | |
| 290. --Special Value Fund D | A | Dividend | J | T | Buy | 5-24 | J | | |
| 291. --Mid-Cap Value Fund D | A | Dividend | J | T | Buy | 5-24 | J | | |
| 292. --Van Kampen Grw & Inc A | A | Dividend | J | T | Buy | 5-24 | J | | |
| 293. --MSIF TR Equity Port Inst | A | Dividend | J | T | Buy | 5-24 | J | | |
| 294. --MSIF Small Co Growth A | A | Dividend | J | T | Buy | 5-24 | J | | |
| 295. --MSIF TR Mid Cap Growth Inst | A | Dividend | J | T | Buy | 5-24 | J | | |
| 296. --MSIF US Real Estate Port A | A | Dividend | J | T | Buy | 5-24 | J | | |
| 297. --MSIF Equity Growth Port A | A | Dividend | J | T | Buy | 5-24 | J | | |
| 298. Phoenix house (inherited 1/2 interest, left off prior report) | | None | M | T | Sold | 10-12 | L | F | Michael & Dora Jackson |
| 299. Brokerage Acct # 7 (left off prior report) | | | | | | | | | |
| 300. --Harris Insight Money Market (left off prior report) | A | Interest | J | T | | | | | |
| 301. --Cisco Systems Inc (left off prior report) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I. Positions: I am the trustee and the sole beneficiary of the Law Offices of Neil Vincent Wake Money Purchase Plan, which holds retirement funds rolled over from the plans of previous law firms.

I am the trustee of the Law Offices of Neil Vincent Wake 401K Pension Plan, of which I and three current or former employees are or were beneficiaries. Each beneficiary's interest in the Plan was fully vested, and each beneficiary self-directed their own investments. All beneficiaries other than me withdrew their funds from the 401K Pension Plan by the end of 2004. Section VII lists only the assets in this Plan of which I am the beneficiary and which I direct.

VII. Investments and Trusts. Where records of possible dividend income on formerly held stocks and mutual funds are unclear, possible dividend income has been indicated and may be unintentionally overreported.

VII. My prior report was a nomination report through September 2003. Some investments listed in that report were sold later in 2003 and therefore the sales are outside the period for this report. They are noted as sold in 2003, but the sale data are not included. Other investments were bought in 2003 after the nomination report and therefore do not appear in the prior report. They are identified in this report as having been bought in 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wake, Neil V | 8/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _August 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544